IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlos Calderas,                                    Case No. 3:19 CV 2431
*On behalf of himself*
*and those similarly situated*,                     ORDER GRANTING JOINT
                                                    MOTION FOR FINAL APPROVAL
                          Plaintiff,                <u>OF CLASS ACTION SETTLEMENT</u>

          -vs-                                      JUDGE JACK ZOUHARY

AK Tube, LLC,

                          Defendant.


        Before the Court is a Joint Motion for Final Approval of Class and Collective Action

Settlement and Certification of Settlement Class (Doc. 43) as fair and reasonable under Federal Civil

Rule 23(e) and the Fair Labor Standards Act ("FLSA").  Also filed is the Settlement Agreement (Doc.

41-1) and the Declaration of Settlement Administrator (Doc. 43-1).  This Court held a Fairness

Hearing on the record by Zoom on March 15, 2021.  Counsel present:  Dan Bryant and Matthew

Coffman for Plaintiff; Ryan Martin for Defendant. Court Reporter:  Angela Nixon.

        This Court approves the Joint Motion as follows:

        1.      Unless otherwise defined, all terms used in this Order have the same meanings as

defined in the Settlement Agreement.

        2.      Plaintiff filed this action alleging Defendant violated the FLSA and various state-law

overtime and wage-payment statutes by failing to pay Plaintiff and other similarly situated employees

overtime and by failing to correctly calculate their regular rates of pay for the purposes of paying

overtime.

3.     The parties have vigorously litigated these matters and engaged in substantial discovery. This litigation and discovery enabled the parties to understand and assess the detail and substance of their respective claims and defenses.

4.     The parties engaged in a full day of mediation with a well-respected Mediator which ultimately resulted in the Settlement Agreement.

5.     Arms-length and good-faith negotiations between the parties and their counsel, who have extensive experience litigating wage and hour claims, with the aid of a third-party neutral, resulted in the settlement.

6.     The parties filed a Joint Motion for Preliminary Approval of Class and Collective Action Settlement (Doc. 41) which this Court granted (Doc. 42), directing that Notice be sent to Class Members.

7.     A Declaration from the Settlement Administrator verifies that Class Notice was distributed to Class Members in the form and manner approved by this Court.

8.     This Court finds that Class Members were given adequate notice of the pendency of this lawsuit, the proposed settlement, and the date of the Fairness Hearing. This Court further finds that the notice was reasonable, the best notice practicable, and satisfied all the requirements of Federal Civil Rule 23 and due process.

9.     As to the Representative Plaintiff and the Class, this Court finds that the proposed settlement satisfies the standard for final approval of a class-action settlement under Federal Civil Rule 23(e). The proposed settlement class satisfies the requirements under Federal Civil Rule 23(a) of commonality, numerosity, typicality, and adequacy of representation, as well as the requirements under Federal Civil Rule 23(b) of predominance and superiority.  Named Plaintiff Carlos Calderas is an adequate representative of the Class, as he represents and possesses the same interests and suffered

the same alleged injuries as other Class Members. The class definitions encompass persons with like factual circumstances and like claims. This Court finds that the proposed settlement is fair, reasonable, and adequate as to the Class, and approves the Settlement Agreement.

10.    This Court also finds that the proposed settlement satisfies the standard for final approval of a collective-action settlement under the FLSA, 29 U.S.C. § 216(b), and approves the settlement as a collective action pursuant to the FLSA with respect to any and all Opt-In Plaintiffs.

11.    This Court approves the method of calculation and proposed distribution of settlement payments to Class Members upon the terms and conditions set forth in the Settlement Agreement.

12.    This Court approves the manner and payment of attorney fees and costs as set forth in the Settlement Agreement.  The parties shall bear their respective attorney fees and costs except as provided in the Settlement Agreement.

13.    This Court approves the incentive payment to the named Plaintiff Carlos Calderas and the payment to the Settlement Administrator, as outlined in the Settlement Agreement.

14.    This Court retains jurisdiction for the purpose of enforcing the Settlement Agreement and dismisses this case with prejudice.

IT IS SO ORDERED.

_____s/ *Jack Zouhary*_____
JACK ZOUHARY
U.S. DISTRICT JUDGE

March 16, 2021